GEAUGA COUNTY CLERK OF COURTS Case: 19M001004, eFile ID: 26875,
FILED: PASCHKE, CAROLYN J 12/24/2019 11:01 AM

IN THE COURT OF COMMON PLEAS
GEAUGA COUNTY, OHIO

| | | |
|---|---|---|
| DEBRA WELTER | ) | Judge: |
| 438 North Street Condo 14B | ) | |
| Chardon, OH 44024 | ) | Case No: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VOKAS PROVISION CO AKA | ) | |
| NATURAL CHOICE HOME FOODS | ) | |
| 8284 Washington St. | ) | |
| Chagrin Falls, OH 44023 | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | **ENDORSED HEREON** |

## COMPLAINT FOR UNPAID OVERTIME WAGES

Plaintiff Debra Welter ("Plaintiff") alleges as follows for her Complaint against Defendant

Vokas Provision Co AKA Natural Choice Home Foods ("Defendant"):

1. Plaintiff worked for Defendant as an employee from about 2011 until November

2019.

2. Defendant's revenues exceed $500,000 per year.

3. Defendant is an Ohio corporation, doing business in Geauga County, Ohio.

4. Defendant was an employer of Plaintiff.

5. Defendant is an enterprise engaging in interstate commerce.

6. Defendant accepted out-of-state checks and credit cards from out of state as

payment from some of Defendant's customers.

7. In addition, Defendant shipped product to Pennsylvania and had customers from

out of state.

8. Plaintiff and Defendant conducted business with and received mail from many out-

of-state customers.

**EXHIBIT A**

9.      This Court has subject matter jurisdiction over the claims and parties raised in this Complaint.

10.     This Court has personal jurisdiction over the parties to this action.

11.     Venue is proper in Geauga County, Ohio because Defendant conducted activity that gives rise to the claim for relief in Geauga County, Ohio and separately because Plaintiff's claim for relief arose at least in part in Geauga County, Ohio.

12.     Plaintiff consents to become a party plaintiff in this action and has attached her written consent hereto as Exhibit A.

13.     Plaintiff has hired the undersigned counsel and has agreed to pay them reasonable attorney's fees and costs if she is successful on one or more of the claims set forth herein.

14.     Defendant paid Plaintiff at an hourly rate and sometimes paid her commissions in addition to her hourly rate.

15.     Plaintiff was a non-exempt hourly employee under the Ohio Revised Code and the Fair Labor Standards Act.

16.     In many weeks, Plaintiff worked significantly more than forty hours per week for Defendant.

17.     Defendant did not pay Plaintiff time-and-a-half overtime wages for hours that Plaintiff worked over forty in a workweek.

18.     Defendant only paid Plaintiff (at most) her regular straight-time hourly rate for Plaintiff's overtime hours.

19.     Defendant's own pay stubs show that it only paid Plaintiff regular straight-time hourly wages for her hours worked over forty in a workweek.  As just one of very many examples, Plaintiff's March 29, 2019 pay stub (attached hereto as Exhibit B) shows that she worked 96.50

hours over a 14-day period (March 8, 2019 to March 21, 2019) without receiving any time-and-a-half overtime wages whatsoever.

20. When Plaintiff inquired about time-and-a-half overtime hours, Defendant told her that he does not pay her overtime because he "takes care of her in other ways."

21. Defendant is required to comply with overtime requirements set forth in the Ohio Revised Code and the Fair Labor Standards Act, 29 U.S.C. Sections 201, *et seq.*

22. Defendant has violated Ohio Revised Code Sections 4111.03 and 4111.10 and the Fair Labor Standards Act by not paying Plaintiff overtime wages for all hours worked over a regular forty-hour workweek.

23. Defendant's conduct with regard to not paying time-and-a-half overtime wages to Plaintiff was willful.

24. Plaintiff has been damaged by Defendant's non-payment of time-and-a-half overtime wages.

25. Plaintiff is entitled to liquidated damages of one times unpaid overtime compensation pursuant to the Fair Labor Standards Act.

26. Defendant is liable for the costs and reasonable attorney's fees of Plaintiff pursuant to Ohio Revised Code Section 4111.10 and the Fair Labor Standards Act.

WHEREFORE, Plaintiff demands judgment against Defendant for her unpaid minimum and overtime wages, liquidated damages, post-judgment interest, attorney's fees and costs, and all other relief to which she is entitled.

JURY TRIAL DEMANDED.

Respectfully submitted,

/s/ Christopher M. Sams
Stephan I. Voudris, Esq.
Supreme Court No. 0055795
Christopher M. Sams, Esq.
Supreme Court No. 0093713
Voudris Law LLC
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
svoudris@voudrislaw.com
csams@voudrislaw.com
440-543-0670
440-543-0721 (fax)
*Counsel for Plaintiff*

4

__Debra Welter__ agrees and consents to become a party plaintiff in this lawsuit.


_(signature: Debra Welter)_

**EXHIBIT A**

## Exhibit B

03/29/2019

VOKAS PROVISION CO
8284 WASHINGTON ST
CHAGRIN FALLS, OH 44023-4508

(440) 543-8151

NON-NEGOTIABLE

PAY TO THE
ORDER OF     WELTER, DEBRA            NET    $1,145.03

WELTER, DEBRA
438 NORTH ST
APT 14B
CHARDON, OH 44024-7800

---

WELTER, DEBRA

WORKER ID : 6O9W-11

438 NORTH ST
APT 14B
CHARDON, OH 44024-7800

| PERIOD START | 03/08/2019 | CHECK DATE | 03/29/2019 |
|---|---|---|---|
| PERIOD END | 03/21/2019 | CHECK NUMBER | 0 |

VOKAS PROVISION CO

8284 WASHINGTON ST
CHAGRIN FALLS, OH 44023-4508
(440) 543-8151

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $15.00 | 96.50 hrs | | $1,447.50 | $6,942.00 |
| TOTAL HOURS & EARNINGS | | 96.50 hrs | 0.00 hrs | $1,447.50 | $6,942.00 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| CHARDON | $26.95 | $133.64 |
| FED WTH | $129.32 | $523.75 |
| FICA | $89.74 | $463.40 |
| MEDFICA | $20.99 | $100.66 |
| STATE-OH | $33.47 | $132.74 |
| TOTAL TAXES | $302.47 | $1,326.39 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,447.50 | $6,942.00 |
| TOTAL TAXES | $302.47 | $1,326.39 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $1,145.03 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

## USPS® ARTICLE NUMBER

9414 7266 9904 2148 8150 46

| | | |
|---|---|---|
| Certified Mail Fee | $ | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ 6.95 | |

CHARDON OH 44024
JAN - 9 2020
Postmark Here
USPS

Sent to:

VOKAS PROVISION CO
8284 E WASHINGTON ST
CHAGRIN FALLS, OH 44023

E-FILED

## Reference Information

19M001004
9 414 7266 9904 2148 8150 46

PS Form 3800, Facsimile, July 2015

i - . 📁

# GEAUGA COUNTY
## COURT OF COMMON PLEAS
### DENISE M. KAMINSKI, CLERK OF COURTS
### COURTHOUSE - 100 SHORT COURT – SUITE 300
### CHARDON, OH 44024

## SUMMONS

CERTIFIED MAIL
JUDGE CAROLYN J PASCHKE
CASE NUMBER: 19M001004

PLAINTIFF(S) :
DEBRA WELTER
438 NORTH STREET CONDO 14B
CHARDON, OH 44024

**VS**

DEFENDANT(S) :
VOKAS PROVISION CO
Also Known As NATURAL CHOICE HOME FOODS
8284 E WASHINGTON ST
CHAGRIN FALLS, OH 44023

**E-FILED**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

You are required to serve upon the plaintiff's attorney, or upon the plaintiff(s) if one has no attorney of record, a copy of your answer to the complaint within 28 days after said service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

The name and address of the plaintiff's attorney is as follows:

CHRISTOPHER M SAMS
VOUDRIS LAW LLC
8401 CHAGRIN ROAD SUITE 8
CHAGRIN FALLS, OH 44023

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

DENISE M KAMINSKI, CLERK OF COURT

*Katherine Trudick*

KATHERINE TRUDICK, DEPUTY CLERK

Dated 1/8/2020

summon

IN THE COURT OF COMMON PLEAS
GEAUGA COUNTY, OHIO

| | | |
|---|---|---|
| DEBRA WELTER | ) | JUDGE CAROLYN J. PASCHKE |
| | ) | |
| Plaintiff, | ) | CASE NO. 19M001004 |
| | ) | |
| v. | ) | |
| | ) | |
| VOKAS PROVISION CO AKA | ) | |
| NATURAL CHOICE HOME FOODS | ) | |
| | ) | |
| Defendant. | ) | |

## INSTRUCTIONS FOR SERVICE

Plaintiff Debra Welter respectfully requests that this Court please serve a copy of the

Complaint and Summons to Defendant Vokas Provision Co AKA Natural Choice Home Foods at

8284 E. Washington St., Chagrin Falls, OH 44023 by Certified Mail.

Respectfully submitted,

/s/ Christopher M. Sams
Stephan I. Voudris, Esq.
Supreme Court No. 0055795
Christopher M. Sams, Esq.
Supreme Court No. 0093713
Voudris Law LLC
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
svoudris@voudrislaw.com
csams@voudrislaw.com
440-543-0670
440-543-0721 (fax)
*Counsel for Plaintiff*

FEDEX TRACKING NUMBER: 779238037180

# GEAUGA COUNTY
# COURT OF COMMON PLEAS
## DENISE M. KAMINSKI, CLERK OF COURTS
## COURTHOUSE - 100 SHORT COURT – SUITE 300
## CHARDON, OH 44024

## SUMMONS

FEDEX
JUDGE CAROLYN J PASCHKE
CASE NUMBER: **19M001004**

PLAINTIFF(S) :
    DEBRA WELTER
    438 NORTH STREET CONDO 14B
    CHARDON, OH  44024

**VS**

DEFENDANT(S) :
    VOKAS PROVISION CO
    Also Known As NATURAL CHOICE HOME FOODS
    8284 WASHINGTON ST
    CHAGRIN FALLS, OH  44023

TO THE ABOVE NAMED DEFENDANT:

    You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

    You are required to serve upon the plaintiff's attorney, or upon the plaintiff(s) if one has no attorney of record, a copy of your answer to the complaint within 28 days after said service of this summons upon you, exclusive of the day of service.  Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

The name and address of the plaintiff's attorney is as follows:

CHRISTOPHER M SAMS
VOUDRIS LAW LLC
8401 CHAGRIN ROAD SUITE 8
CHAGRIN FALLS, OH  44023

    If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

DENISE M KAMINSKI, CLERK OF COURT

*Debra Murfello*

DEBRA MURFELLO, DEPUTY CLERK

Dated 12/26/2019

{FXTRACK}

summon-fx

GEAUGA COUNTY CLERK OF COURTS Case: 19M001004, eFile ID: 26875,
FILED: PASCHKE, CAROLYN J 12/24/2019 11:01 AM



# DENISE M. KAMINSKI
## Geauga County Clerk of Courts

*Legal Office*
*100 Short Court Ste. 300*
*Chardon, Ohio 44024*

*Title Office*
*470 Center St. Bldg. 8*
*Chardon, Ohio 44024*

### COMMON PLEAS COURT GENERAL CASE DESIGNATION FORM

Debra Welter

Case no.

vs.

Volkas Provision Co AKA Natural Choice Home Foods

Judge:

**Has this case been previously filed and dismissed?** Check one: Yes ☐ No ☒
If yes, list case number, Judge and/or Magistrate.  **Pending or closed related case(s) list case number and judge:**

Case No.

Judge/Magistrate

**TORT**
1310 ☐ MOTOR VEHICLE
1311 ☐ MEDICAL MALPRACTICE
1311 ☐ DENTAL MALPRACTICE
1311 ☐ OPTOMETRIC MALPRACTICE
1311 ☐ CHIROPRACTIC MALPRACTICE
1312 ☐ LEGAL MALPRACTICE
1313 ☐ OTHER MALPRACTICE
1314 ☐ CONSUMER RELIEF (O.R.C. 1345)
1330 ☐ PRODUCT LIABILITY
1350 ☐ MISCELLANEOUS

**CONTRACT**
1382 ☐ BUSINESS
1384 ☐ REAL ESTATE
1390 ☐ COGNOVIT
1391 ☐ OTHER

**MISCELLANEOUS**
1500 ☐ REPLEVIN
1501 ☒ OTHER Unpaid Overtime Wages

**ADMINISTRATIVE APPEALS**
1540 ☐ EMPLOYMENT SERVICES
1550 ☐ WORKMEN'S COMPENSATION
1551 ☐ OTHER

I certify that to the best of my knowledge the within case is not related to any now pending or previously filed, except as noted.

Voudris Law LLC
Firm Name

Christopher Sams
Attorney of Record (Print or Type)

8401 Chagrin Rd., #8, Chagrin Falls, OH 44023
Address

Signature

(440) 285-2222  ♦  834-1856  ♦  564-7131  ♦  Legal Office ext. 1960, Direct (440) 279-1960 ♦ Fax: (440) 286-2127
Title Office ext. 1750, Direct: (440) 279-1750  ♦  Fax: (440) 286-1429
Email: dkaminski@co.geauga.oh.us